**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
Norman B. Blumenthal (SBN 068687)
Kyle R. Nordrehaug (SBN 205975)
Aparajit Bhowmik (SBN 248066)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858) 551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiff CHERYL SUMERS

**WILSON TURNER KOSMO LLP**
Robin A. Wofford (SBN 137919)
Lois M. Kosch (SBN 131859)
Nicole R. Roysdon (SBN 262237)
Hang A. Do (SBN 305839)
402 W. Broadway, Suite 1600
San Diego, CA 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669

Attorneys for Defendant YORK RISK SERVICES GROUP, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL SUMERS, an individual, on behalf of herself and on behalf of all persons similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>YORK RISK SERVICES GROUP, INC., a Corporation; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. **2:20-cv-00166-JAM-EFB**<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CLASS CLAIMS AND INDIVIDUAL CLAIMS WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Judge: Hon. John A. Mendez |

Plaintiff Cheryl Sumers and Defendant York Risk Services Group, Inc. hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that Causes of Action 1 through 8 in the operative complaint, and all individual and class claims therein, be dismissed without prejudice. The only cause of action to remain in this action is Plaintiff's Ninth Cause of Action for Violation of the Private Attorneys General Act [Labor Code §§ 2698, *et seq.*].

DATED: February 18, 2020          BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP

By  /s/
    Norman Blumenthal
    Kyle Nordrehaug
    Aparajit Bhowmik
    Ricardo R. Ehmann

Attorneys for Plaintiff Cheryl Sumers

DATED: February 18, 2020          WILSON TURNER KOSMO LLP

By  /s/
    Robin A. Wofford
    Lois M. Kosch
    Nicole R. Roysdon
    Hang A. Do

Attorneys for Defendant York Risk Services Group, Inc.

2
STIPULATION AND ORDER FOR DISMISSAL OF CLASS CLAIMS AND INDIVIDUAL CLAIMS
WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)
Case No. 2:20-cv-00166-JAM-EFB

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that Causes of Action 1 through 8 in the operative complaint, and all individual and class claims therein, be dismissed without prejudice. The only cause of action to remain in this action is Plaintiff's Ninth Cause of Action alleging Violation of the Private Attorneys General Act [Labor Code §§ 2698, *et seq.*].

Dated: 2/18/2020 /s/ John A. Mendez_____
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE