# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL SUMERS, an individual, on behalf of herself and on behalf of all persons similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>YORK RISK SERVICES GROUP, INC., a Corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. **2:20-cv-00166-JAM-EFB**<br><br>**ORDER GRANTING STIPULATION TO REMAND ACTION TO STATE COURT**<br><br>Judge:　　Hon. John A. Mendez |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Having considered the Parties' Joint Stipulation to Remand Action to State |
| 3 | Court, and good cause having been shown, the Court hereby **GRANTS** the |
| 4 | Parties' request and rules as follows: |
| 5 | 1. This matter is remanded to Superior Court of the State of California, |
| 6 | County of El Dorado. |

**IT IS SO ORDERED.**

Dated: 3/13/2020            /s/ John A. Mendez_____

Honorable John A. Mendez
United States District Court Judge